IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02613-MSK-PAC

WILLIAM ARTESI and
OLEVIA ARTESI,

      Plaintiff(s),

v.

TOMLINSON BROTHERS, INC., d/b/a COUNTRY BOY MINE,

      Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

IT IS HEREBY **ORDERED** that Defendant Tomlinson Brothers, Inc., d/b/a Country Boy Mine's Unopposed Motion to Amend the Scheduling Order [filed October 19, 2005] is **GRANTED** as follows:

Defendant's Rule 26(a)(2) information is due **January 16, 2006.**

The discovery deadline is **February 17, 2006.**

IT IS **FURTHER ORDERED** that the Settlement Conference set for October 25, 2005 is *vacated and reset* to **March 10, 2006 at 1:30 p.m.** Confidential Settlement Statements are due on or before **March 6, 2006.** *Counsel and parties with full authority to settle must be present.*

In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  October 24, 2005