IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02613-MSK-PAC

WILLIAM ARTESEI and
OLEVIA ARTESI,

    Plaintiffs,

v.

TOMLINSON BROTHERS, INC., d/b/a COUNTRY BOY MINE,,

    Defendant.

_____

**ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
FOR DEFENDANT TO FILE ITS' REPLY TO PLAINTIFFS' RESPONSE
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
_____

**THIS MATTER** having come before the Court on Defendant's Unopposed Motion for Enlargement of Time for Defendant to file its' Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment **(#29)**, pursuant to Fed.R.Civ.P. 6(b)(1) and Certification pursuant to D.C. Colo. L.R. 7.1. The Court having reviewed the Motion and being fully advised in the premises,

**HEREBY ORDERS** that an enlargement of time of seven (7) days, to and including February 6, 2006, for Defendant to file its' Reply to Plaintiffs' Response to Defendant's Motion for Summary Judgment, is hereby **GRANTED**. No further extensions will be allowed.

DATED this 31st day of January 2006.

                                       **BY THE COURT:**

                                       Marcia S. Krieger
                                       United States District Judge