IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02613-MSK-PAC

WILLIAM ARTESI and
OLEVIA ARTESI,

      Plaintiff(s),

v.

TOMLINSON BROTHERS, INC., d/b/a COUNTRY BOY MINE,

      Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that the Unopposed Motion for Leave to Allow Defendant's Insurance Representative to Attend Settlement Conference by Telephone Due to Medical Reasons [filed March 1, 2006; Doc. No. 35] is **GRANTED** as follows:

      Defendant's insurance representative, Ms Ceccacci, is permitted to participate at the March 10, 2006 at 1:30 p.m. Settlement Conference by telephone. Counsel for defendant shall provide the judge with a telephone number where Ms. Ceccacci can be reached on the above date.

Dated: March 3, 2006