IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02613-MSK-PAC

WILLIAM ARTESI and
OLEVIA ARTESI,

    Plaintiffs,

v.

TOMLINSON BROTHERS, INC., d/b/a COUNTRY BOY MINE,

    Defendant.

---

## ORDER AND NOTICE OF HEARING

---

    **THIS MATTER** comes before the Court on the Parties' Joint Motion Under Fed. R. Evid. 702 **(#53)** filed on November 22, 2006,

    **IT IS HEREBY ORDERED** that a **Rule 702 Hearing will be held on December 26, 2006 at 1:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

    Dated this 27th day of November, 2006

                                                **BY THE COURT:**

                                                */s/ Marcia S. Krieger*

                                                Marcia S. Krieger
                                                United States District Judge