IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02613-MSK-PAC

WILLIAM ARTESI and
OLEVIA ARTESI,

    Plaintiffs,

v.

TOMLINSON BROTHERS, INC., d/b/a COUNTRY BOY MINE,

    Defendant.

---

**ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR**

---

The following matter is set for hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **January 8, 2007 at 4:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The matter is set for a non-evidentiary hearing to address trial matters. **The parties and their attorneys shall attend**. Counsel shall *bring their calendars.*

Dated this 2nd day of January, 2007

                                          **BY THE COURT:**

                                          */s/ Marcia S. Krieger*

                                          Marcia S. Krieger
                                          United States District Judge