IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02613-MSK-PAC

WILLIAM ARTESI and
OLEVIA ARTESI,

    Plaintiffs,

v.

TOMLINSON BROTHERS, INC., d/b/a COUNTRY BOY MINE,

    Defendant.

## ORDER

THIS MATTER comes before the Court on an Unopposed Motion to Vacate Daubert Hearing of January 25, 2007 **(#82)**. It follows the filing of a Notice of Settlement (#81) on January 18, 2007. Both documents state that the parties have settled the claims in this action but that they are in the process of drafting documentation to "finalize" the settlement, which they anticipate will be filed on or before February 14, 2007. It is unclear what form such documentation will take.

Ordinarily, the Court does not vacate pending hearing based upon settlement without the submission of documentation sufficient to conclude the case, however, based upon the parties' representation that a Rule 702 determination is no longer necessary,

**IT IS ORDERED** that:

1) the Parties' Joint Motion under Rule 702 **(#53) is DENIED**, as moot. As a consequence, the Unopposed Motion to Vacate Daubert Hearing of January 25, 2007 **(#82)** is

**GRANTED** and the hearing scheduled to commence January 25, 2007 is **VACATED.**

2) The date for submission of a revised Final Pretrial Order is extended until February 14, 2007.

3) No other deadlines or settings are continued or extended based upon the Notice of Settlement.

Dated this 23rd day of January, 2007

**BY THE COURT:**

_____
Marcia S. Krieger
United States District Judge